**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO VALENCIA MATEOS,<br><br>                    Petitioner,<br><br>    v.<br><br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center, GREGORY J. ARCHAMBEAULT, Director, San Diego Field Office, United States Immigration and Customs Enforcement, TODD LYONS, Acting Director, Immigration and Customs Enforcement, KRISTI NOEM, Secretary, United States Department of Homeland Security, PAMELA BONDI, Attorney General, United States Department of Justice, IMMIGRATION AND CUSTOMS ENFORCEMENT, and DEPARTMENT OF HOMELAND SECURITY,<br><br>                    Respondents. | Case No.: 3:25-cv-2653-BTM-BJW<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>**[ECF NO. 3]** |

Gerardo Valencia Mateos petitioned the Court for a writ of habeas corpus on October 6, 2025. (ECF No. 1). On October 9, 2025, the parties jointly moved and stipulated to the

1 | dismissal of the case without prejudice. (ECF No. 3.)  Pursuant to Federal Rule of Civil
2 | Procedure 41(a)(1)(A)(ii), the joint motion is **GRANTED**. The petition for a writ of habeas
3 | corpus is dismissed without prejudice.  The Clerk of the Court is directed to close the case.
4 |     **IT IS SO ORDERED.**
5 | Dated:  October 9, 2025

                                                             Honorable Barry Ted Moskowitz
                                                             United States District Judge